UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**GLENISHA BROWN**

    Vs

**CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, P.O. DEMETRIOUS KOLA,
P.O. CHRISTOPHER OHARE, SGT GUY PETERSEN,
"JANE DOE AND JOHN DOE".**

    AFFIDAVIT OF SERVICE
    CASE # 07 CIV 6096
    Plaintiff

    Defendants

---

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **7/10/07   12:45 PM** at **100 CHURCH STREET, NEW YORK 10007** Deponent served the **SUMMONS AND COMPLAINT** on **THE CITY OF NEW YORK** by delivering a true copy to **MR. GARY** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation

A description of the person served is as follows:

Sex **MALE**
Skin **BLACK**
Color of Hair **BLACK**
Approx. Age **27-32**
Approx. Height **5'8"- 5'10"**
Approx. Wt **155-160 LBS**

                                                _____
                                              **MAHITIMA BAA**
                                              Process Server's Lic #1156551

Sworn to be fore me on this
_____ TH day of JULY 2007

_____
N O T A R Y      P U B L I C

                                      NKEREUWEM UMOH
                                Notary Public, State of New York
                                     No. 02UM6132601
                                   Qualified in Kings County
                               Commission Expires Sept. 19, 2009