UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **GLENISHA BROWN** | AFFIDAVIT OF SERVICE<br>CASE # 07 CIV 6096<br>Plaintiff |
| Vs |  |
| **CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, P.O. DEMETRIOUS KOLA, P.O. CHRISTOPHER OHARE, SGT GUY PETERSEN, "JANE DOE AND JOHN DOE".** | Defendants |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On 7/11/07 12:40 PM at 233 WEST 10TH STREET NEW YORK, NEW YORK 10014 Deponent served the within **SUMMONS AND COMPLAINT** on **P.O. CHRISTOPHER OHARE** by delivering a true copy to **SGT. KELLY ( SHIELD ) # 593** a authorized person.

Said premises are recipient's actual place of business within the state. I asked the person spoken to whether the respondent actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **MALE**
Skin **WHITE**
Color of Hair **LIGHT BROWN**
Approx. Age **37-42**
Approx. Height **5'8"- 5'10"**
Approx. Wt **175-180 LBS**
A description of the person served is as follows:

_____
**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
\_\_\_TH day of JULY 2007
_____
NOTARY      PUBLIC

NKEREUWEM UMOH
Notary Public, State of New York
No. 02UM6132601
Qualified in Kings County
Commission Expires Sept. 19, 2009