UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
CASE # 07 CIV 6096

**GLENISHA BROWN**
Plaintiff

Vs

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, P.O. DEMETRIOUS KOLA,
P.O. CHRISTOPHER OHARE, SGT GUY PETERSEN,
"JANE DOE AND JOHN DOE".

Defendants

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On 7/10/07 1:20 PM at 1 POLICE PLAZA NEW YORK, NEW YORK 10038 Deponent served the **SUMMONS AND COMPLAINT** on **NEW YORK CITY POLICE DEPARTMENT** by delivering a true copy to **LORI WORKSTEL** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation

A description of the person served is as follows:

Sex **FEMALE**
Skin **WHITE**
Color of Hair **BLACK & BRUNETTE**
Approx. Age **27-32**
Approx. Height **5'7"- 5'8"**
Approx. Wt **135-140 LBS**

_____
**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
13 TH day of JULY 2007

_____
NOTARY   PUBLIC

NKEREUWEM UMOH
Notary Public, State of New York
No. 02UM6132601
Qualified in Kings County
Commission Expires Sept. 19, 2009