UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

GLENISHA BROWN,

                                               Plaintiff,      **NOTICE OF APPEARANCE**

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE      07 CV 6096 (RMB)
DEPARTMENT, P.O. DEMETRIOUS KOLA, P.O.
CHRISTOPHER OHARE, SGT. GUY PATERSON,
"JANE DOE" AND "JOHN DOE" 1 'through' 10
inclusive, being fictious, the true names of the defendants
being unknown to the plaintiff,

                                              Defendants.

----------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that **Stuart Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated: New York, New York
       July 31, 2007

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel
                                                of the City of New York
                                                Attorney for Defendant City of New York
                                                100 Church Street, Rm. 3-311
                                                New York, New York 10007
                                                (212) 788-0899

                                    By: _____
                                                  Stuart Jacobs (SJ 8379)
                                                  Assistant Corporation Counsel
                                                  Special Federal Litigation Division

To:    BY ECF
        Patrick O'Keke, Esq.