UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
GLENISHA BROWN

                               Plaintiff,

  -against-

THE CITY OF NEW YORK,
NEW YORK CITY POLICE DEPARTMENT
P.O. DEMETRIOUS KOLA,
P.O. CHRISTOPHER OHARE,
SGT. GUY PATERSEN "JANE DOE" AND
"JOHN DOE" "1 THROUGH 10" inclusive,
the names of the last defendants being fictitious,
the true names of the defendants being unknown
to the plaintiff.

                             Defendants.
-----------------------------------------------------x

07-CV-6096 (GDB)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE,** that the undersigned attorney hereby appears as co-counsel for the Plaintiffs in this action.

Dated: Brooklyn, New York
       August 27, 2007

                                                /s/Philip Akakwam
                                                PHILIP AKAKWAM, ESQ.
                                                Co-counsel for Plaintiffs
                                                303 Livingston Street, 2nd Floor
                                                Brooklyn, N.Y. 11217
                                                718-858-2488

To:    BY ECF
        Patrick O'Keke, Esq.
        Attorney for Plaintiffs

        Stuart Jacobs, Esq.
        Asst. Corporation Counsel
        Attorney for Defendants